UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AETNA LIFE INSURANCE COMPANY,

    Plaintiff,

v.                                     Case No. 8:10-cv-1413-T-24-TGW

SOHEIR ISHAK, individually and as parent
and natural guardian of C.E.I.,
ASHLEY E. ISHAK,
MUNIRA SHOMOLI, and
JIRIES ISHAK, also known as Jerry Ishak,

    Defendants.

_____/

## **ORDER**

        This cause comes before the Court on an unopposed Motion to Deposit Funds, for Attorneys' Fees and Costs, and Discharge, filed by Plaintiff Aetna Life Insurance Company ("Aetna"). (Doc. No. 24.) Also before the Court is a mediation report filed by Mediator Winston T. Churchill, II. Esq., stating that the parties have completely settled this case. (Doc. No. 25.)

        This is an interpleader action to determine the rightful beneficiary or beneficiaries of proceeds of a life insurance policy that Plaintiff Aetna issued to Amtrak, the employer and benefit plan sponsor of Isa W. Ishak, who is now deceased. The defendants each have filed competing claims for the proceeds of the life insurance policy.

        Plaintiff Aetna contends that it is a disinterested stakeholder with respect to the life insurance proceeds. Aetna therefore moves the Court to find that it is entitled to deposit the benefits of the policy with the designated escrow account of the parties, and that it be discharged

from any and all further liability under the insurance policy, upon completion of such deposit. Furthermore, Aetna contends that it should be awarded $4,500.00 in attorneys' fees and costs in this case. The defendants have no objection to the relief requested in this motion.

Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Aetna's unopposed Motion to Deposit Funds, for Attorneys' Fees and Costs, and Discharge (Doc. No. 24) is **GRANTED** as follows:

(1) Aetna is directed to deposit the proceeds of the Policy Number 8GP-701333 with the Defendants' designated escrow agent, RAHDERT, STEELE, REYNOLDS, & DRISCOLL;

(2) Aetna is entitled to the payment of $4,500, for fees and costs in this action. This payment shall be deducted from the proceeds of Policy Number 8GP-701333, prior to deposit of the funds; and

(3) Upon the deposit of the proceeds of the policy with the escrow agent, Aetna shall be discharged from this action and discharged of all liabilities towards the Defendants arising out of the policy.

Furthermore, the Court has reviewed the mediation report filed by the parties' mediator, Winston T. Churchill, II. Esq. (Doc. No. 25.) This report states that the parties reached a complete settlement of this case at the mediation conducted on April 7, 2011. The defendants agreed to split the proceeds of the life insurance policy at issue, in the amounts indicated by their written stipulation, which was attached to the mediation report. Accordingly, on the basis of the mediator's notice of settlement, this cause is **DISMISSED WITHOUT PREJUDICE** to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to

submit a stipulated form of final judgment. The Clerk is directed to close the case and terminate all pending motions.

**DONE AND ORDERED** at Tampa, Florida, this 13th day of April, 2011.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge